**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2020

March 24, 2020

Honorable Mary Kay Vyskocil
United States Distrcit Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

>   Re:   <u>United States v. Jorge Navarro, et al.,</u>
>         **20 Cr. 160 (MKV)**

Dear Judge Vyskocil:

    I respectfully write on behalf of my client, Alexander Chan, in response to the Court's Order dated March 22, 2020. After conferring with my client, and advising him of his right to personally appear at arraignment, as reflected in the attached affirmation, Mr. Chan waives his right to personally appear and requests that a not guilty plea be entered as to Count 3.

    At the next scheduled conference of this matter, counsel requests that in light of the directives and prohibitions related to the COVID-19 pandemic, and the dangers presented, the court grant permission to appear telephonically.

Respectfully submitted,

*Robert Baum*
/s/ Robert M. Baum
Robert M. Baum
Assistant Federal Defender
Tel.: (212) 417-8760

---

GRANTED. The Court accepts Defendant Chan's waiver of appearance at arraignment and grants his counsel's request to appear telephonically at the rescheduled arraignment and initial conference. When the date is rescheduled, counsel should call 888-278-0296 and enter access code 5195844 to join the conference. Counsel for Mr. Chan should be prepared to agree to a schedule for the remainder of the case and to address any issues or questions that arise.

Date: 3/23/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge