**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 5, 2020

**BY ECF AND EMAIL**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2020
```

**Re:  United States v. Alexander Chan**
      **20 Cr. 160 (MKV)**

Dear Judge Vyskocil:

   I write on behalf of my client Dr. Alexander Chan, to respectfully request that the Court modify the current bail conditions which restrict Dr. Chan's travel to the Southern and Eastern Districts of New York. We seek to extend the travel conditions to allow travel to the District of Connecticut. I have spoken with Andrew Adams, Esq., on behalf of the Government, and he consents to this request.

   Dr. Chan has been accepted to study under the direction of a noted veterinarian, Dr. Robert M. Barratt, who is an expert in the field of dentistry for small animals. Dr. Barrett's clinic is located at 12 Centre Street, Salem, CT. Dr. Chan would work at the clinic two to three days per week. This is not a paid position. Dr. Chan works four days per week treating small animals but could use the training in dentistry in his current position.

                              Respectfully submitted,
                              /S/
                              Robert M. Baum
                              Assistant Federal Defender

---

Defendant Alexander Chan's bail conditions are modified to permit travel to the District of Connecticut solely for the purpose of attending the training clinic on the days and times when the clinic is in operation.  SO ORDERED.

Date: 6/5/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge