# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**David E. Patton**
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 21, 2022

**BY ECF and EMAIL**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/21/2022

**Re: United States v. Navarro, et. al. (Alexander Chan)
20 Cr. 160 (MKV)**

Dear Judge Vyskocil,

I write on behalf of my client, Alexander Chan, to respectfully request that the Court modify the current bail conditions which restrict Dr. Chan's travel to the Southern and Eastern Districts of New York. We seek to extend the travel conditions to allow travel to the District of Connecticut on May 13, 2022, to allow Dr. Chan to see his opthamologist for an eye examination. He will be visiting Greenwich Opthamology at 2046 W. Main Street, Stamford, Connecticut. He has tentatively scheduled an appointment for 10:00 A.M.

I have communicated with Dr. Chan's Pretrial Services Officer, Robert Stehle, and with Sarah Mortazavi, Esq., on behalf of the Government, and they both have no objection to this application.

Thank you for your consideration of this matter.

Respectfully submitted,

Robert M. Baum
Assistant Federal Defender

GRANTED.

April 21, 2022

SO ORDERED:

*Mary Kay Vyskocil*
HONORABLE MARY KAY VYSKOCIL
United States District Judge

cc: Sarah Mortazavi, Esq.
Anden Chow, Esq.
Assistant United States Attorneys