UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ALEXANDER CHAN,<br><br>Defendant. | 20-cr-160-15 (MKV)<br><br>SCHEDULING ORDER |

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a change of plea hearing on December 5, 2022 at 2:30 p.m.  The hearing will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Date:  December 1, 2022
       New York, NY

_____
MARY KAY VYSKOCIL
United States District Judge

1