UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/7/2023
```

UNITED STATES OF AMERICA,

-against-

ALEXANDER CHAN,

Defendant.

20-cr-160-15 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the sentencing in this case is ADJOURNED from April 13, 2023 until May 24, 2023 at 10:30 a.m.

**SO ORDERED.**

**Date:  March 7, 2023**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**